## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **FREEPLAY MUSIC LLC** ) | | Case No.:  3:17-cv-42 |
| ) | | |
| Plaintiff, ) | | District Judge Walter H. Rice |
| ) | | Magistrate Judge Michael J. Newman |
| ) | | |
| vs. ) | | |
| ) | | |
| **DAVE ARBOGAST BUICK-GMC, INC.** ) | | |
| ) | | |
| Defendant. ) | | |

### NOTICE OF DEPOSITION OF CHRIS WOODS

Please take notice that Defendant, Dave Arbogast Buick-GMC, Inc. will take the deposition of Chris Woods on December 20, 2017 at 10:00 a.m.  Said deposition shall take place at Lewis Brisbois Bisgaard & Smith, LLP, 77 Water Street, Suite 2100, New York, NY 10005.

The deposition, if not completed on the noticed date, shall be continued, if necessary, from day to day thereafter, excluding weekends and holidays, until completed, unless counsel for the noticing party wishes the deposition to be completed at a later date, in which case a mutually agreeable date shall be selected between counsel for the parties.

Said deposition will be taken upon oral examination and shall be conducted under the supervision of an officer who is authorized to administer an oath. Pursuant to Federal Rule of Civil Procedure Rule 30(b)(2), Defendant may utilize a stenographic method of recording which permits the "real time" instant visual display of testimony.  In addition to recording the deposition by the stenographic method, the deposition may also be taken by means of videotape recording pursuant to Federal Rule of Civil Procedure Rule 30(b)(3).  Pursuant to Federal Rule

of Civil Procedure 32(a), Defendant reserves the right to use at the trial of this action the videotape recording of the deposition of the deponent.

/s/ Katherine L. Kennedy
Katherine L. Kennedy (0079566)
LEWIS BRISBOIS BISGAARD & SMITH, LLP
909 Wright's Summit Parkway, Suite 230
Ft. Wright, KY  41011
(859) 663-9830/(859) 663-9829 (Fax)
Kate.kennedy@lewisbrisbois.com

Admitted *Pro Hac Vice*:

Bryan P. Sugar
LEWIS BRISBOIS BISGAARD & SMITH, LLP
550 West Adams Street
Chicago, IL 60661
(312) 463-3473/ (312) 345-1778 (Fax)
Bryan.Sugar@ lewisbrisbois.com
*Attorneys for Defendant, Dave Arbogast Buick-GMC, Inc.*

4827-6866-0564.1

## **CERTIFICATION OF SERVICE**

I hereby certify that the foregoing was filed electronically with the Court's ECF system this 6th day of November, 2017, thereby serving all counsel of record in this case.

*/s/ Katherine L. Kennedy*
_____
Katherine L. Kennedy

4827-6866-0564.1