IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| FREEPLAY MUSIC, LLC, | : | |
| Plaintiff, | | |
| v. | : | Case No. 3:17-cv-42 |
| DAVE ARBOGAST BUICK-GMC, INC., | : | JUDGE WALTER H. RICE |
| Defendant. | : | |

---

ORDER OVERRULING AS MOOT DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS (DOC. #17); STAYING ALL DISCOVERY PENDING MEDIATION, THE DATE OF WHICH WILL BE SET DURING A CONFERENCE CALL TO BE HELD ON JUNE 5, 2018

---

As discussed during the conference call held on June 1, 2018, the Court OVERRULES AS MOOT Defendant's Motion for Judgment on the Pleadings, Doc. #17. All discovery and motion deadlines are STAYED pending mediation, the date of which will be determined during a follow-up conference call to be held on June 5, 2018, at 5:00 p.m. Confidential mediation statements are to be submitted to the Court no later than 48 hours prior to the scheduled mediation.

Date: June 1, 2018

*(signature)*
WALTER H. RICE
UNITED STATES DISTRICT JUDGE