IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| FREEPLAY MUSIC, LLC, | : : : | Case No. 3:17-cv-42 |
| Plaintiff, | : : | District Judge Walter H. Rice<br>Magistrate Judge Michael J. Newman |
| vs. | : : | |
| DAVE ARBOGAST BUICK-GMC, INC. | : : | |
| Defendant. | : : | |

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
ON LIABILITY FOR COPYRIGHT INFRINGEMENT**

Plaintiff Freeplay Music, LLC ("FPM"), by and through its undersigned counsel, respectfully submits this motion for summary judgment on FPM's claims against Dave Arbogast Buick-GMC, Inc. for liability for copyright infringement ("Motion") as alleged in FPM's Complaint.  FPM submits the accompanying memorandum of law, Declaration of Jessie Kuhn, and Declaration of Michelle Usitalo in support of its Motion.

Dated:  September 24, 2018     **BAKER & HOSTETLER, LLP**

By: /s/ *Oren J. Warshavsky*
Lauren M. Hilsheimer (0085389)
Email:  lhilsheimer@bakerlaw.com
BAKER & HOSTETLER LLP
200 Civic Center Drive, Suite 1200
Columbus, Ohio  43215-4138
Telephone:  (614) 228-1541
Facsimile:  (614) 462-2616

*Admitted pro hac vice:*

Oren J. Warshavsky
Email: owarshavsky@bakerlaw.com
Michelle Usitalo
Email:  musitalo@bakerlaw.com
45 Rockefeller Plaza
New York, New York  10111-0100
Telephone: (212) 589-4624
Facsimile:  (212) 589-4201

*Attorneys for Plaintiff Freeplay Music, LLC*